IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SERGIO RIOS, ) | |
| ) | |
|     Petitioner ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08cv59-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Respondent. ) | |

**RESPONSE TO COURT'S ORDER REGARDING THE APPLICABILITY OF THE PERIOD OF LIMITATION PURSUANT TO 28 U.S.C. § 2255**

COMES NOW the United States of America, by and through the United States Attorney, Leura G. Canary, and responds to the Court's Order regarding the applicability of the period of limitation pursuant to 28 U.S.C. § 2255 as follows:

1. Rios was indicted on November 15, 2005, for one count of conspiracy to possess with intent to distribute 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 846; and for eight (8) counts of using a communication facility in committing, causing and facilitating the conspiracy to possess with the intent to distribute 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 843(b). (1:05-cr-264-MEF, Doc. 17)

2. On April 12, 2006, Rios pled guilty to the indictment. (1:05-cr-264-MEF, Doc. 58)

3. Defendant was sentenced on June 30, 2006 to 97 months as to Count One and 48 months as to Counts Two through Nine to run concurrently. (1:05-cr-264-MEF, Doc. 70)

4. Judgement was entered as to Rios on July 11, 2006. (1:05-cr-264-MEF, Doc. 70)

5. According to Rios' Motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, Rios signed the motion on December 4, 2007. The motion was stamped mailed on January 23, 2008 and filed in this court on January 25, 2008.

6. Title 28, United States Code, Section 2255, requires that a movant file his § 2255 motion within one year from "the date on which the judgment of conviction became final."

7. While judgement was entered on July 11, 2006, arguably the judgement became final on July 21, 2006, after the time for filing a notice of appeal had expired.[1] Because the defendant filed his § 2255 motion approximately 18 months after the judgement became final, the motion is untimely.

8. Based on the foregoing, the Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is time-barred and should be dismissed.

---

[1] Defendant did not file an appeal from his original conviction. Thus, his sentence became final when the time for filing an appeal to the Eleventh Circuit expired. Although not specifically addressing the application of the statute of limitations to the 10-day notice of appeal requirement, the Eleventh Circuit has held that a judgment of conviction becomes final for someone who appeals to an appellate court when the time for seeking certiorari review in the Supreme Court expires. See Kaufman v. United States, 282 F.3d 1336, 1337-39 (11th Cir.2002). Likewise, a judgment of conviction becomes final for someone who does not appeal when the time for seeking that appeal expires.

Respectfully submitted this the 27th day of February, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        s/ A. Clark Morris
        A. CLARK MORRIS
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SERGIO RIOS, | ) |
| | ) |
|     Petitioner | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:08cv59-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Respondent. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sergio Rios.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          s/ A. Clark Morris
          A. CLARK MORRIS
          Assistant United States Attorney
          131 Clayton Street
          Montgomery, Alabama 36104
          Telephone: (334) 223-7280
          Fax: (334) 223-7135
          E-mail: clark.morris@usdoj.gov