IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

Sergio Rios              )
           Plaintiff,    )
                         )
v.                       )   CASE NO. 1:08-cv-00059-MEF-CSC
                         )   1:05CR264-01 MEF
United States of America,)
                         )
           Defendants,   )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Stanley Lee Caudill_, a [Plaintiff/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle district of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| N/A | N/A |

4-6-08
Date

Signature _Stanley Lee Caudill, Pro-Se_
Counsel

Counsel for (print names of all parties)
P.O. Box 5107 Union Springs, AL 36089
Address, City, State Zip Code

Telephone Number

Also requires a certificate of Service

STANLEY L. CAUDILL, #230597
BULLOCK CORR. FAC.
P.O. BOX 5107
UNION SPRINGS, AL 36089



MONTGOMERY AL 361
07 APR 2008 PM 3 T

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P O BOX 711
MONTGOMERY   AL   36101-0711